UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HURSEN PATIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-3071** |
| **JAMES LEBLANC, SECRETARY, JEFFERY TRAVIS, REGIONAL WARDEN, AND ROBERT TANNER, RAYBURN CORRECTIONAL CENTER - HEAD WARDEN** | **SECTION "C"(4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Hursen Patin's 42 U.S.C. § 1983 claims against the defendants, Secretary James LeBlanc, Warden Jeffery Travis, and Warden Robber Tanner, be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 31st day of July, 2012.

_____
**UNITED STATES DISTRICT JUDGE**